In the Matter of the Petition of ALBERT THIERIOT, as Executor of ROSA DELMONICO, Deceased, et al., Appellants, for the Revocation of Letters Testamentary Issued to JOSEPHINE C. DELMONICO, as Executrix of ROSA DELMONICO, Deceased, and for Her Removal as Testamentary Trustee.

JOSEPHINE C. DELMONICO, Respondent.

*Matter of Thieriot*, 117 App. Div. 686, modified.
(Argued April 3, 1907; decided April 23, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 25, 1907, which reversed a decree of the New York

County Surrogate's Court granting the above-entitled petition and dismissed the proceeding.

*Solomon Hanford* and *William T. Houston* for appellants.

*Morgan J. O'Brien* and *Henry Major* for respondent.

Order of Appellate Division modified so as to direct a rehearing before the surrogate, upon which the issues raised by petition and answer may be tried, and as modified the order is affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.